UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
PEDRO CHAMORRO,                           :
                                          :
            Plaintiff,                    :
                                          :
    -against-                             :   CASE NO.: 1:20-CV-6077-LJL
                                          :
AMYRIS, INC., JOHN DOERR, GEOFFREY        :   STIPULATION TO DISMISS
DUYK, PHILIP EYKERMAN, CHRISTOPH          :
GOPPELSROEDER, FRANK KUNG, JAMES          :
MCCANN, JOHN MELO, STEVE MILLS,           :
CAROLE PIWNICA, PATRICK YANG, and         :
LISA QI,                                  :
                                          :
            Defendants.                   :
----------------------------------------- X

The Parties agree that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the claims in the above-titled action (the "Action") are hereby dismissed as moot.

Dated this 12th day of May, 2021.

| **MONTEVERDE & ASSOCIATES PC** | **GIBSON DUNN & CRUTCHER LLP** |
|---|---|
| /s/ Juan E. Monteverde | /s/ Paul J. Collins[1] |
| Juan E. Monteverde (JM-8169) | Paul J. Collins |
| The Empire State Building | 1881 Page Mill Road |
| 350 Fifth Avenue, Suite 4405 | Palo Alto, CA 94304-1211 |
| New York, NY 10118 | Tel: (650) 849.5326 |
| Tel: (212) 971-1341 | Fax: (650) 849-5026 |
| Fax: (212) 202-7880 | Email: pcollins@gibsondunn.com |
| Email: jmonteverde@monteverdelaw.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

---

[1] Plaintiff uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.