UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

PEDRO CHAMORRO,

      Plaintiff,

  -against-

AMYRIS, INC., JOHN DOERR, GEOFFREY DUYK, PHILIP EYKERMAN, CHRISTOPH GOPPELSROEDER, FRANK KUNG, JAMES MCCANN, JOHN MELO, STEVE MILLS, CAROLE PIWNICA, PATRICK YANG, and LISA QI,

      Defendants.

------------------------------------ X

CASE NO.: 1:20-CV-6077-LJL

**STIPULATION TO DISMISS**

The Parties agree that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the claims in the above-titled action (the "Action") are hereby dismissed as moot.

Dated this 12th day of May, 2021.

**MONTEVERDE & ASSOCIATES PC**

Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

**GIBSON DUNN & CRUTCHER LLP**

Paul J. Collins
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849.5326
Fax: (650) 849-5026
Email: pcollins@gibsondunn.com

*Attorneys for Defendants*

1